IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JEFFREY LAMAR WILLIAMS,

    Petitioner,

v.                                          CASE NO. 5:06-cv-173-MCR-AK

JAMES MCDONOUGH,

    Respondent.
_____/

**O R D E R**

    This matter is before the Court on Doc.42 , Petitioner's request that the notice of appeal and the motion for certificate of appealability be considered timely filed.  Because both the notice and the motion were, according to the faces of both documents, provided to prison officials for mailing on April 4, 2008, they are considered filed here on that date as well.  *See Houston v. Lack*, 487 U.S. 266 (1988) (pursuant to "mailbox rule," date that petition was deposited with prison is controlling filing date, not actual date document was filed in court).  Thus, the notice and motion were timely filed, and the request that the Court reach that conclusion, Doc. 42, is   **GRANTED**.

    **DONE AND ORDERED** this  *9th*  day of December, 2008.

                                        *s/ A. KORNBLUM*
                                        **ALLAN KORNBLUM**
                                        **UNITED STATES MAGISTRATE JUDGE**