**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**JEFFREY LAMAR WILLIAMS,**

      **Petitioner,**

vs.                              **Case No. 5:06cv173/MCR/AK**

**JAMES MCDONOUGH,**

      **Respondent.**
_____/

**O R D E R**

This cause is before the court upon petitioner's motion for certificate of appealability (doc. 41). Unless a certificate of appealability is issued, the petitioner may not take an appeal from the final order denying § 2254 relief. *See* 28 U.S.C. § 2253(c)(1)(A); Fed. R. App. P. 22(b)(1). Such a certificate may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253 (c)(2).

After review of the file, the court concludes that because the petitioner has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in the this court's March 19, 2008, Order (doc. 35) adopting and incorporating the Magistrate Judge's Report and Recommendation filed on February 15, 2008 (doc. 32), a certificate of appealability will be DENIED.

Accordingly, it is ORDERED:

That Petitioner's motion for certificate of appealability (doc. 41), is DENIED and no certificate shall issue.

DONE AND ORDERED this 10th day of December, 2008.

                        *s/ M. Casey Rodgers*
                        **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**